**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **Rahul Sharma v. Warden Jeremy Casey**          Case Number: **26-cv-2680-CAB-VET**

Hon. Cathy Ann Bencivengo          Ct. Deputy Lori Hernandez          Rptr Tape:  N/A

Based on the parties' representations that Petitioner has been released, the Court DENIES the petition as MOOT.  The Clerk of the Court shall close the case.

Date:  June 12, 2026                                                               Initials:  MS